

# MANDATE

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 71ST DISTRICT COURT OF HARRISON COUNTY, GREETINGS:

On December 4, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Pfizer Inc. and Tris Pharma, Inc. v. The State of Texas and Tarik Ahmed

Court of Appeals No. 15-25-00021-CV
Trial Court No. 23-1031

The Court of Appeals entered the following judgment or order:

Today the Court heard Appellants' motion to dismiss this appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this December 4, 2025.

CHRISTOPHER A. PRINE, CLERK